TRINA A. HIGGINS, United States Attorney (#7349)
LUISA GOUGH, Assistant United States Attorney (#17221)
TANNER ZUMWALT, Assistant United States Attorney (#18256)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 21 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> **CORBAT GLENN STUBBS,** <br><br> Defendant. | **CLASS A MISDEMEANOR INFORMATION** <br><br> COUNT I: 43 C.F.R. § 5462.2(b)(1) – Damaging Forest Product <br><br> COUNT II: 43 C.F.R. § 8341.1(f)(4) – Damaging Public Lands through Off-Road Vehicle Usage <br><br> Magistrate Judge Jared C. Bennett |

24CR387

The United States Attorney Charges:

<u>COUNT I</u>
43 C.F.R. § 5462.2(b)(1)
(Damaging Forest Product)

On or about February 1, 2024, in the District of Utah,

**CORBAT GLENN STUBBS,**

defendant herein, did knowingly and willfully cut, remove, or otherwise damage timber, tree, or other vegetative resource on lands administered by the Bureau of Land Management without authorization of a forest product sale contract, permit, or other

Case: 2:24-cr-00387
Assigned To : Bennett, Jared C.
Assign. Date : 11/21/2024
Description: USA v. Stubbs

federal law or regulation, all in violation of 43 C.F.R. § 5462.2(b)(1), and punishable pursuant to 43 C.F.R. § 5462.3.

## COUNT II
43 C.F.R. § 8341.1(f)(4)
(Damaging Public Lands through Off-Road Vehicle Usage)

On or about February 1, 2024, in the District of Utah,

**CORBAT GLENN STUBBS**,

defendant herein, did knowingly and willfully operate an off-road vehicle on public lands administered by the Bureau of Land Management in a manner causing, or likely to cause significant, undue damage to or disturbance of the soil, wildlife, wildlife habitat, improvements, cultural, or vegetative resources or other authorized uses of the public lands, all in violation of 43 C.F.R.§ 8341.1(f)(4), and punishable pursuant to 43 C.F.R. § 8340.0-7.

Dated: November 11, 2024.

TRINA A. HIGGINS
United States Attorney

/s/ *Luisa Gough*
LUISA GOUGH
Assistant United States Attorney

2